IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL KEEHN,

    Plaintiff,                                                        No. CIV S-08-2750 JAM KJM PS

    vs.

TEHAMA-COLUSA CANAL AUTHORITY,

    Defendant.                                         <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se.  Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted.

        2. Plaintiff shall obtain one USM-285 form for the defendant named in the complaint, one summons for the defendant and an instruction sheet.  Blank USM-285 forms, blank summons, and instruction sheets are available in the office of the Clerk of the Court.

/////

1        3. Within thirty days from the date of this order, plaintiff shall complete the
2 attached Notice of Submission of Documents and submit the completed Notice to the court with
3 the following documents:
4                a. One completed summons for the defendant named in the complaint;
5                b. One completed USM-285 form for the defendant named in the
6                complaint; and
7                c. two copies of the endorsed complaint filed November 17, 2008.
8        4. Plaintiff need not attempt service on defendant and need not request waiver of
9 service. Upon receipt of the above-described documents, the court will direct the United States
10 Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without
11 prepayment of costs.
12        5. Failure to comply with this order may result in a recommendation that this
13 action be dismissed.
14 DATED: November 24, 2008.

_____
U.S. MAGISTRATE JUDGE

006
keehn.ifp-usm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL KEEHN,

    Plaintiff,                              No. CIV S-08-2750 JAM KJM PS

    vs.

TEHAMA-COLUSA CANAL AUTHORITY,

    Defendant.                          <u>NOTICE OF SUBMISSION</u>

                                                 <u>OF DOCUMENTS</u>

_____ /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 form(s)

        _____ copies of the Complaint

DATED:

                                                  _____

                                                  Plaintiff