GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661

Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Defendant
TEHAMA-COLUSA CANAL AUTHORITY
(Retained)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KEEHN, | No. 2:08-CV-02750 JAM-KJM (PS) |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| TEHAMA-COLUSA CANAL AUTHORITY, | |
| Defendant. | |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant TEHAMA-COLUSA CANAL AUTHORITY hereby substitutes Glenn W. Peterson of Millstone Peterson & Watts, LLP in and for Julie A. Raney of McDonough Holland & Allen PC. The party making this substitution is the defendant.

**I consent to this substitution.**

(Former Attorney)

DATED: May 21, 2009                                    **MCDONOUGH HOLLAND & ALLEN PC**


By:    /s/ JULIE A. RANEY
           JULIE A. RANEY
    **(AS AUTHORIZED ON MAY 21, 2009)**

Former Attorneys for Defendant
TEHAMA-COLUSA CANAL AUTHORITY

-1-
SUBSTITUTION OF ATTORNEYS

PDF created with pdfFactory trial version www.pdffactory.com

**I consent to this substitution.**

(Party - Defendant)

DATED: May 22, 2009                    **TEHAMA-COLUSA CANAL AUTHORITY**


By: /s/_____
                  JEFFREY SUTTON

Its: <u>General Manager</u>


**I consent to this substitution.**

(New Attorney)

DATED: May 21, 2009                    **MILLSTONE PETERSON & WATTS, LLP**
                                       *Attorneys at Law*


By:_____<u>/s/ GLENN W. PETERSON</u>_____
            GLENN W. PETERSON

Attorneys for Defendant
TEHAMA-COLUSA CANAL AUTHORITY


**IT IS SO ORDERED:**

DATED: May 26, 2009

            <u>/s/ John A. Mendez</u>_____
            HONORABLE JOHN A. MENDEZ
            UNITED STATES DISTRICT COURT JUDGE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

PDF created with pdfFactory trial version www.pdffactory.com